IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| COALITION FOR SECULAR GOVERNMENT, a Colorado nonprofit corporation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Civil Action No. 12-cv-01708-JLK<br>) |
| SCOTT GESSLER, in his official capacity as Secretary of State, | )<br>)<br>) |
| Defendant. | ) |

**PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Coalition for Secular Government ("CSG"), by and through undersigned counsel, again moves this Court for injunctive relief against Scott Gessler, in his official capacity as Colorado Secretary of State ("the Secretary"), from enforcing provisions of Colorado's Constitution, Fair Campaign Practices Act ("FCPA"), and the FCPA's implementing regulations—which taken together, appear to require CSG to register as an "Issue Committee."

CSG moved this Court for a preliminary injunction on August 13, 2012. Mot. Prelim. Inj. Aug. 13, 2012 ECF No. 13. At the same time, CSG provided a Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction. Mem. in Sup. of Mot. Prelim. Inj. Aug. 13, 2012 ECF No. 14. Just two days later, this Court ordered the hearing on the preliminary injunction to be consolidated with a trial on the merits under Fed. R. Civ. P. 65(a)(2). Minute Order, Aug. 15, 2012

ECF No. 15. On August 31, 2012, the Secretary filed his response to the motion for preliminary injunction, complete with exhibits of his own. Secretary's Br. in Opp'n to Mot. Prelim. Inj., Aug. 31, 2012 ECF No. 21. CSG filed a reply on September 12, 2012. Reply to Mot. Prelim. Inj., Sept. 12, 2012 ECF No. 28.

The matter being fully briefed, on October 2, 2012, this Court referred four questions to the Colorado Supreme Court pursuant to Colorado Appellate Rule 21.1. Order Cert. Questions under Rule 21.1 Oct. 2, 2012 ECF No. 34. As detailed in the Joint Status Report of July 8, 2014, ECF No. 40, the Colorado Supreme Court declined to answer the certified questions.

As CSG wishes to produce an updated policy paper in 2014, the allegations contained in the Verified Complaint remain live. Moreover, given the lengthy consideration of this Court's certified questions by the Colorado Supreme Court, almost two years have passed since the original filing of this case and little remains of 2014. Consequently, CSG believes that a preliminary injunction is appropriate. Because that motion has already been fully briefed, and because the facts alleged in the Verified Complaint and its attached Exhibits are an adequate basis for injunctive relief, CSG believes that the Court may issue an injunction on the present record, without an evidentiary hearing or trial on the merits.

Therefore, CSG again moves this Court for injunctive relief, and asks that a trial on the merits be postponed until such time as the Court shall order.

Respectfully submitted this 31st day of July, 2014.

/s/ Allen Dickerson
Allen Dickerson

                                          Tyler Martinez
                                          Center for Competitive Politics
                                          124 S. West Street, Suite 201
                                          Alexandria, Virginia 22314
                                          Telephone: 703.894.6800
                                          Facsimile: 703.894.6811
                                          adickerson@campaignfreedom.org
                                          tmartinez@campaignfreedom.org

                                          *Counsel for Plaintiff.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2014, I caused a copy of the foregoing Plaintiff's Renewed Motion for Preliminary Injunction to be filed electronically using the CM/ECF system, causing notice to be sent to the parties listed below:

| | |
|---|---|
| Matthew David Grove | matt.grove@state.co.us |
| Melody Mirbaba | melody.mirbaba@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| Jonathan Patrick Fero | jon.fero@state.co.us |
| Martha Moore Tierney | mtierney@hpfirm.com |
| Jennifer H. Hunt | jhunt@hillandrobbins.com |

/s/ Allen Dickerson
Allen Dickerson