# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  October 3, 2014                                  Deputy Clerk: Bernique Abiakam
                                                        Court Reporter: Janet Coppock

Civil Action No.: 12-cv-01708-JLK

COALITION FOR SECULAR GOVERNMENT,              Allen J. Dickerson
                                               Tyler L. Martinez

     Plaintiff,
v.

SCOTT GESSLER, in his official capacity
as Colorado Secretary of State,                Matthew D. Grove
                                               Frederick R. Yarger
                                               Sueanna P. Johnson

     Defendant.

## COURTROOM MINUTES

**Motions Hearing**

**10:06 a.m.    Court in session.**

Court calls case.  Counsel present, including John Clarke and Michael McNally.  No appearance by Pro se Defendant, William Sullivan, II.

Preliminary remarks by the Court.

10:11 a.m.    Plaintiff's witness, Diana Hsieh, called and sworn.
              Direct examination begins by Mr. Dickerson.

**Exhibit 44 offered and admitted.**

10:13 a.m.    Continued direct examination by Mr. Dickerson.

**Exhibit 40 offered and admitted.**

10:14 a.m.    Continued direct examination by Mr. Dickerson.

**Exhibits 7 thru 17 offered and admitted.**

10:19 a.m.    Continued direct examination by Mr. Dickerson.

*12-cv-01708-JLK*
*Motions Hearing*
*October 3, 2014*

**Exhibit 50 offered and admitted.**

10:22 a.m.     Continued direct examination by Mr. Dickerson.

**Exhibit 51 offered and admitted.**

10:23 a.m.     Continued direct examination by Mr. Dickerson.

Mr. Dickerson notes that Exhibit 47 is an attachment to the complaint.

10:50 a.m.     Cross examination begins by Mr. Yarger.

**Exhibit 5 offered and admitted.**

11:06 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 43 offered and admitted.**

11:12 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 18 offered and admitted.**

11:21 a.m.     Continued cross examination by Mr. Yarger.

**11:25 a.m.     Court in recess.**

**11:39 a.m.     Court in session.**

11:21 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 19 offered and admitted.**

11:41 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 20 offered and admitted.**

11:44 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 21 offered and admitted.**

11:47 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 22 offered and admitted.**

*12-cv-01708-JLK*
*Motions Hearing*
*October 3, 2014*

11:49 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 23 offered and admitted.**

11:52 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 24 offered and admitted.**

11:53 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 25 offered and admitted.**

11:55 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 3 offered and admitted.**

11:59 a.m.     Continued cross examination by Mr. Yarger.

**Exhibit 4 offered and admitted.**

12:01 p.m.     Continued cross examination by Mr. Yarger.

**Exhibit 26 offered and admitted.**

12:03 p.m.     Continued cross examination by Mr. Yarger.

**Exhibit 45 offered and admitted.**

12:04 p.m.     Continued cross examination by Mr. Yarger.

**Exhibit 30 offered and admitted.**

12:09 p.m.     Continued cross examination by Mr. Yarger.

**Exhibit 45 offered and admitted.**

12:04 p.m.     Continued cross examination by Mr. Yarger.

**12:16 p.m.    Court in recess.**

**1:17 p.m.    Court in session.**

Redirect examination by Mr. Dickerson.

*12-cv-01708-JLK*
*Motions Hearing*
*October 3, 2014*

**Exhibit 54 offered and admitted.**

1:32 p.m.      Witness excused.

1:33 p.m.      Defendant's witness, Frederick W. Brown, Jr., called and sworn.
               Direct examination begins by Mr. Grove.

1:45 p.m.      Witness, Fred Brown, offered as a journalism expert in the area of finance
               disclosure and Colorado issues compaigns.

Exhibit 79 offered.

Objection SUSTAINED.

1:56 p.m.      Continued direct examination by Mr. Grove.

2:01 p.m.      Cross examination begins by Mr. Dickerson.

**2:11 p.m.    Court in recess.**

**2:23 p.m.    Court in session.**

Continued cross examination by Mr. Dickerson.

Witness excused.

**ORDERED:   Plaintiff's Oral Motion To Strike The Testimony of Frederick Brown is
             DENIED as Premature.**

2:25 p.m.      Defendant's witness, Melissa Polk, called and sworn.
               Direct examination begins by Ms. Johnson.

**Exhibit 69 offered and admitted.**

2:30 p.m.      Continued direct examination by Ms. Johnson.

**Exhibit 70 offered and admitted.**

2:33 p.m.      Continued direct examination by Ms. Johnson.

2:37 p.m.      Questions by the Court.

2:39 p.m.      Cross examination begins by Mr. Martinez.

4

*12-cv-01708-JLK*
*Motions Hearing*
*October 3, 2014*

2:51 p.m.     Redirect examination by Ms. Johnson.

2:52 p.m.     Witness excused.

2:53 p.m.     Defendant's witness, Stephen Bouey, called and sworn.
              Direct examination begins by Mr. Grove.

**Exhibit 71 offered and admitted.**

3:01 p.m.     Continued direct examination by Mr. Grove.

**Exhibit 72 offered and admitted.**

3:03 p.m.     Continued direct examination by Mr. Grove.

**Exhibit 73 offered and admitted.**

3:08 p.m.     Continued direct examination by Mr. Grove.

**Exhibit 74 offered and admitted.**

3:09 p.m.     Continued direct examination by Mr. Grove.

3:11 p.m.     Cross examination begins by Mr. Martinez.

**Exhibit 76 offered and admitted.**

3:13 p.m.     Continued direct examination by Mr. Martinez.

**Exhibit 77 offered and admitted.**

3:15 p.m.     Continued direct examination by Mr. Martinez.

**Exhibit 61 offered and admitted.**

3:21 p.m.     Continued direct examination by Mr. Martinez.

**Exhibit 63 offered and admitted.**

3:13 p.m.     Continued direct examination by Mr. Martinez.

**Exhibit 59 offered and admitted.**

*12-cv-01708-JLK*
*Motions Hearing*
*October 3, 2014*

3:25 p.m.        Continued direct examination by Mr. Martinez.

3:26 p.m.        Questions by the Court.

3:27 p.m.        Redirect examination by Mr. Grove.

Witness excused.

**3:28 p.m.        Court in recess.**

**3:42 p.m.        Court in session.**

3:43 p.m.        Closing argument by Mr. Dickerson.

3:49 pm.         Closing argument by Mr. Grove.  Questions by the Court.

4:00 p.m.        Comments by the Court.

**ORDERED:  Motion For A Preliminary Injunction (Filed 8/13/12; Doc. No. 13) is taken UNDER ADVISEMENT.**

**ORDERED:  Plaintiff's Renewed Motion For Preliminary Injunction (Filed 7/31/14; Doc. No. 41) is taken UNDER ADVISEMENT.**

**4:02 p.m.        Court in recess.**
Hearing concluded.
Time in court - 4 hours, 15 minutes.