IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01708-JLK-KLM

COALITION FOR SECULAR GOVERNMENT, a Colorado nonprofit corporation,

    Plaintiff,

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Memorandum Opinion and Order (Docket No. 49) entered by Judge John L. Kane on October 10, 2014, incorporated herein by reference, it is

ORDERED and DECLARED that the Coalition For Secular Government's expected activity of $3500.00 does not require registration or disclosure as an "issue committee" and the Secretary is ENJOINED from enforcing FCPA disclosure requirements against it. It is

FURTHER ORDERED that Plaintiff's Motion for A Preliminary Injunction (Docket No. 13) and the Renewed Motion For Preliminary Injunction (Doc. No. 41) are DENIED as MOOT. It is

FURTHER ORDERED that Plaintiff's request for attorney fees under 42 U.S.C. §

1988 is GRANTED.  Plaintiff shall have to and including October 28, 2014 to submit an affidavit delineating its fees with an expert endorsement of their reasonableness.

Dated at Denver, Colorado this  27th  day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/ Bernique Abiakam
Bernique Abiakam, Deputy Clerk